PER CURIAM.
 

 This is an appeal from the judgment of the Bankruptcy Appellate Panel (“BAP”),
 
 Tax Collector v. Pluma (In re Pluma),
 
 303 B.R. 444 (9th Cir. BAP 2003), reversing the judgment of the bankruptcy court,
 
 see In re Pluma,
 
 289 B.R. 151 (Bankr.S.D.Cal. 2003).
 
 [1]
 
 We affirm the judgment of the
 
 *1164
 
 BAP for the reasons stated in its opinion, 303 B.R. 444,
 
 supra,
 
 and remand to the bankruptcy court for further proceedings.
 

 AFFIRMED.
 

 [1]
 

 . We deny appellee’s motion to dismiss the appeal.